**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1463**

In re: JEFFREY A. MARTINOVICH,

      Petitioner.

On Petition for Writ of Mandamus.
(4:12-cr-00101-AWA-RJK-1; 4:18-cv-00028-AWA)

Submitted: August 16, 2019                 Decided: August 20, 2019

Before GREGORY, Chief Judge, and AGEE and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Jeffrey A. Martinovich, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey A. Martinovich petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his requests that the district court rule on his 28 U.S.C. § 2255 (2012) motion and his motion for an issuance of a certificate of appealability. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that, on May 6, 2019, the district court denied Martinovich's § 2255 motion, and on May 21, 2019, the district court denied a certificate of appealability. Accordingly, because the district court has recently decided Martinovich's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis and to supplement the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*